Mark W. Lapham, Esq. (SBN 146352)
**LAW OFFICES OF MARK W. LAPHAM**
751 Diablo Rd.
Danville, CA 94526
TEL:  (925) 837-9007
FAX:  (925) 405-1616


Attorney for Plaintiff
BERT THOMPSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| BERT THOMPSON ) | **Case No.: 5:18-cv-01509-JAK** |
| Plaintiffs ) | |
| ) | **PLAINTIFFS' COUNSEL'S RESPONSE TO ORDER TO SHOW CAUSE RE:** |
| v. ) | **FAILURE TO APPEAR AT THE SCHEDULING CONFERENCE ON** |
| ) | **OCTOBER 15, 2018** |
| BARRETT DAFFIN FRAPPIER TREDER & ) WEISS, LLP; LSI TITLE COMPANY; SPECIALIZED LOAN SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICA'S SERVICING COMPANY; WELLS FARGO BANK, N.A.; DUETSCHE NATIONAL TRUST COMPANY, as TRUSTEE FOR HIS ASSET SECURITIZATION TRUST 2007-NCI, Mortgage Pass Thru Certificates, NCI by SPECIALIZED LOAN SERVICING, its attorney in fact, and DOES 1 through 10, inclusive, ) | |
| Defendants. ) | |

**TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Counsel for the Plaintiff hereby responds to the Court's Order to Show Cause Regarding the failure to appear at the Parties scheduling conference on October 15, 2018 at 1:30PM.

The reasons for the failure to appear at the Parties scheduling conference are set forth in the accompanying Declaration of Mark W. Lapham. Again, counsel sincerely apologizes for the

---

Response to Order to Show Cause Re: Failure to appear at the Parties scheduling conference

inconvenience to the Court and to Defendants' counsels caused by my failure to appear at the scheduling conference.

DATED:  October 21, 2018         /s/ Mark W. Lapham
                                                  Mark W. Lapham
                                                  Attorney for Plaintiff
                                                  BERT THOMPSON