IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERT THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; LSI TITLE COMPANY; SPECIALIZED LOAN SERVICING; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; AMERICA'S SERVICING COMPANY, WELLS FARGO BANK, N.A., DEUTSCHE NATIONAL TRUST COMPANY, as TRUSTEE FOR HSI ASSET SECURITIZATION TRUST 2007-NCI, Mortgage Pass Thru Certificates, NCI by SPECIALIZED LOAN SERVICING, its attorney in fact, "all persons unknown, claiming any legal or quitable right, title, estate, lien, or interest in the property described in the complaint adverse to plaintiff's title, or any cloud on plaintiff's title thereto" and DOES 1 THROUGH 100 INCLUSIVE,<br><br>    Defendants. | CASE NO.: 5:18-cv-01509-JAK-SP<br><br>**JUDGMENT**<br><br>**JS-6: Case Terminated** |

The complaint of Bert Thompson ("Plaintiff") is hereby **DISMISSED WITH PREJUDICE** because various motions to dismiss with prejudice have been granted.

As to defendants America's Servicing Company and Wells Fargo Bank, N.A., their motion to dismiss was granted with prejudice as to all claims on March 28, 2019. Judgment shall enter in favor of defendants America's Servicing Company and Wells Fargo Bank, N.A. and against Plaintiff Bert Thompson.

As to defendants Specialized Loan Servicing LLC and Mortgage Electronic Registration Systems, Inc. their motion to dismiss was granted with prejudice as to all claims on March 28, 2019. Judgment shall enter in favor of defendants Specialized Loan Servicing LLC and Mortgage Electronic Registration Systems, Inc. and against Plaintiff Bert Thompson.

As to defendant Servicelink Title Company f/k/a LSI Title Company, its motion to dismiss was granted with prejudice as to all claims on March 28, 2019. Judgment shall enter in favor of defendant Servicelink Title Company f/k/a LSI Title Company and against Plaintiff Bert Thompson.

As to defendant Barrett Daffin Frappier Treder & Weiss, LLP, its joinder to motion to dismiss was granted with prejudice as to all claims on March 28, 2019. Judgment shall enter in favor of defendant Barrett Daffin Frappier Treder & Weiss, LLP and against Plaintiff Bert Thompson.

As to defendant Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1, its motion to dismiss was granted with prejudice as to all claims on October 31, 2019. Judgment shall enter in favor of defendant Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1 and against Plaintiff Bert Thompson.

/ / /

/ / /

**IT IS HEREBY ORDERED AND ADJUDGED THAT** Plaintiff's complaint is hereby dismissed with prejudice against defendants America's Servicing Company, Wells Fargo Bank, N.A., Specialized Loan Servicing LLC, Mortgage Electronic Registration Systems, Inc., Servicelink Title Company f/k/a LSI Title Company, Daffin Frappier Treder & Weiss, LLP, and Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2007-NC1, Mortgage Pass-Through Certificates, Series 2007-NC1.

**IT IS SO ORDERED.**

Dated: November 14, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE