UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 19 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BERT THOMPSON,

        Plaintiff - Appellant,

v.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP; et al.,

        Defendants - Appellees.

No. 19-56460

D.C. No. 5:18-cv-01509-JAK-SP
U.S. District Court for Central California, Riverside

**MANDATE**

The judgment of this Court, entered October 28, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7